# Exhibit 6

Infringement Claim Chart for U.S. Pat. No. US10237420B1 v. California Tortilla ("Defendant")

| Claim 20 | Evidence |
|---|---|
| 20. A method of processing requests, comprising: | The California Tortilla Customer Service system performs a method of processing requests.<br><br>For example, the California Tortilla Customer Service system performs a method of connecting requests for assistance, made by callers, to agents that provide the assistance.<br><br>**Contact Us**<br><br>For changes to your order, including refund requests, please contact the restaurant directly as soon as possible. Phone numbers can be found on the locations page above, or by clicking here.<br><br>For issues or comments regarding a specific visit to one of our locations, general questions or to tell us how much you love us, please visit https//californiatortilla.com/about/contact-us/<br><br>Thank you and we look forward to seeing you!<br><br>Your friends at Cal Tort |

1

Source : https://californiatortilla.olo.com/



Source : https://californiatortilla.com/contact/

Source : https://californiatortilla.com/

| | |
|---|---|
| | 
Source  https://californiatortilla.olo.com/ |
| estimating at least one content-specific or requestor-specific characteristic associated with each received request; | The California Tortilla Customer Service system estimates a content-specific or a requestor-specific characteristic associated with each received request.

For example, the California Tortilla Customer Service system uses information provided by the caller, such as through interactive voice responses, chatbot entries and email to determine the nature of the call.

Source : https://californiatortilla.myguestaccount.com/en-us/guest/accountlogin |

## Contact Us

For changes to your order, including refund requests, please contact the restaurant directly as soon as possible. Phone numbers can be found on the locations page above, or by clicking here.

For issues or comments regarding a specific visit to one of our locations, general questions or to tell us how much you love us, please visit
http://californiatortilla.com/about/contact-us/

Thank you and we look forward to seeing you!

Your friends at Cal Tort

Source : https://californiatortilla.olo.com/

4



Source :   https://californiatortilla.com/contact/

Source :   https://californiatortilla.com/

| | |
|---|---|
| |  |
| determining availability of a plurality of alternate target resources, each respective target resource having at least one respective target characteristic; | The California Tortilla Customer Service system determines the availability of multiple alternate target resources, each of which has a target characteristic.<br><br>For example, the California Tortilla Customer Service system determines agents that are available to handle the call based, at least in part, on the current availability and skill set of each agent (e.g., language/department). The California Tortilla Customer Service system runs on Olo Service Cloud to perform the determination and other related functions for processing the requests. |

## Seamlessly reach and engage guests

Do more with less using robust segmentation and hyper-relevant messaging to decrease guest acquisition costs and improve guest frequency and retention.

- Build real-time, customizable segments to tailor messaging to guest behavior
- Launch captivating email, SMS/MMS, and push notification campaigns from one dashboard
- Leverage generative AI to quickly craft engaging brand-aligned copy
- Create lookalikes of high-LTV guests to reach and convert new audiences

Source: https://www.olo.com/marketing

7

> **Marketing**
>
> Make every guest feel like a regular by delivering personalized guest experiences at scale with a multichannel marketing platform specifically designed for restaurants.
>
> Olo Marketing empowers brands to inspire loyalty with personalized marketing tools that use holistic data to identify and incentivize ideal guest behaviors and drive guest lifetime value (LTV).

Source: https://www.olo.com/marketing

> Streamline operations by enabling your staff or call center agents to quickly digitize and route phone orders to your restaurant.
>
> Switchboard is an intuitive order management tool that ensures call-in orders arrive at your POS just as seamlessly as those placed online.

Source: https://www.olo.com/switchboard

| | |
|---|---|
| | Spend less time messing with screens and more time connecting with guests with our intuitive iPad app, specifically designed for busy restaurants.<br><br>✓ Fewer taps per task<br>✓ Eliminates wait time guesswork<br>✓ Sends guests live updates and post-visit surveys<br>✓ Streamlines staff communication<br><br>Source: https://www.olo.com/host<br><br>• Manage all parties in one place<br>• CRM-powered personalization<br>• Automated guest communication<br>• Use quote accuracy to retain guests<br><br>Source: https://www.olo.com/host |
| evaluating, with at least one automated proce | The California Tortilla Customer Service system evaluates, with an automated processor, multiple alternate allocations of the received request with different available targets. The evaluation is done according to a ranking that is dependent on |

9

| | |
|---|---|
| ssor, a plurality of alternate allocations of the respective received request with different available targets, according to a ranking dependent on a probabilistic predictivemultivariate evaluator, based on the at least one content-specific or requestor-specific characteristic, and the respective target characteristics of the plurality of alternate target resources; and | a probabilistic predictive multivariate evaluator. The evaluator is based on the content-specific or requestor-specific characteristic, and the respective target characteristic of the multiple alternate target resources.<br><br>For example, the California Tortilla Customer Service system, via Olo Service Cloud, uses the nature of the call and the availability and skill set of the agents to determine which possible allocation of the call to a given agent will have the best likelihood of a positive outcome for the caller.<br><br><br><br>Source  https://californiatortilla.olo.com/<br><br><br><br>Source: https://www.olo.com/marketing |

> **Marketing**
>
> Make every guest feel like a regular by delivering personalized guest experiences at scale with a multichannel marketing platform specifically designed for restaurants.
>
> Olo Marketing empowers brands to inspire loyalty with personalized marketing tools that use holistic data to identify and incentivize ideal guest behaviors and drive guest lifetime value (LTV).

Source: https://www.olo.com/marketing

> Streamline operations by enabling your staff or call center agents to quickly digitize and route phone orders to your restaurant.
>
> Switchboard is an intuitive order management tool that ensures call-in orders arrive at your POS just as seamlessly as those placed online.

Source: https://www.olo.com/switchboard

11

|  | Spend less time messing with screens and more time connecting with guests with our intuitive iPad app, specifically designed for busy restaurants.<br><br>✓ Fewer taps per task<br>✓ Eliminates wait time guesswork<br>✓ Sends guests live updates and post-visit surveys<br>✓ Streamlines staff communication<br><br>Source: https://www.olo.com/host<br><br>👥 Manage all parties in one place<br>👤 CRM-powered personalization<br>📢 Automated guest communication<br>🎯 Use quote accuracy to retain guests<br><br>Source: https://www.olo.com/host |
|---|---|
| generating a control signal, by the at least | The automated processor of the California Tortilla Customer Service system generates a control signal to control the allocation of the received request with the different available targets. Generation of the control signal is selectively dependent |

| | |
|---|---|
| one automated processor, selectively dependent on the evaluating, to control the allocations of the respective received request with the different available targets. | on the evaluation result.<br><br>For example, the California Tortilla Customer Service system via Olo Platform Service Cloud, generates a control signal to connect the call with the agent who is most likely to result in a positive outcome for the caller in view of other factors such as overall throughput of the customer service platform and the priority and requirements of other concurrent calls.<br><br>**Contact Us**<br><br>For changes to your order, including refund requests, please contact the restaurant directly as soon as possible. Phone numbers can be found on the locations page above, or by clicking **here**.<br><br>For issues or comments regarding a specific visit to one of our locations, general questions or to tell us how much you love us, please visit<br>https://californiatortilla.com/about/contact-us/<br><br>Thank you and we look forward to seeing you!<br><br>Your friends at Cal Tort<br><br>Source : https://californiatortilla.olo.com/ |



Source : https://californiatortilla.com/contact/

Source : https://californiatortilla.com/

14



Source  https://californiatortilla.olo.com/

Source: https://www.olo.com/marketing

> **Marketing**
>
> Make every guest feel like a regular by delivering personalized guest experiences at scale with a multichannel marketing platform specifically designed for restaurants.
>
> Olo Marketing empowers brands to inspire loyalty with personalized marketing tools that use holistic data to identify and incentivize ideal guest behaviors and drive guest lifetime value (LTV).

Source: https://www.olo.com/marketing

> Streamline operations by enabling your staff or call center agents to quickly digitize and route phone orders to your restaurant.
>
> Switchboard is an intuitive order management tool that ensures call-in orders arrive at your POS just as seamlessly as those placed online.

Source: https://www.olo.com/switchboard

> Spend less time messing with screens and more time connecting with guests with our intuitive iPad app, specifically designed for busy restaurants.
>
> - Fewer taps per task
> - Eliminates wait time guesswork
> - Sends guests live updates and post-visit surveys
> - Streamlines staff communication

Source: https://www.olo.com/host

> - Manage all parties in one place
> - CRM-powered personalization
> - Automated guest communication
> - Use quote accuracy to retain guests

Source: https://www.olo.com/host